UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEYOND COMICS INC. and GRAIG F. WEICH,                    08-cv-3524

                                   Plaintiffs,
                                                             Rule 7.1 Disclosure

          v.

KONAMI CORP., KONAMI DIGITAL
ENTERTAINMENT, INC., ASATSU-DK
INC., UPPER DECK COMPANY, LLC, 4KIDS
ENTERTAINMENT, INC., and 4KIDS
PRODUCTIONS,

                                   Defendants.
-----------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedures 7.1(a) the undersigned, counsel of record for plaintiffs Beyond Comics Inc. and Graig F. Weich states that the following are corporate parents, affiliates and/or subsidiaries, of said party which are publicly held: None.

Dated:  New York, New York
          April 8, 2008

                                                            KREINDLER & KREINDLER LLP

                                      By:    /s/
                                                James P. Kreindler (JK 7084)
                                                Andrew J. Maloney
                                                100 Park Avenue
                                                New York, NY 10017
                                                (212) 687-8181 telephone
                                                (212) 972-9432 facsimile
                                                *Attorneys for Plaintiffs*