# United States District Court

_____Southern_____ District of _____New York_____

BEYOND COMICS INC. And GRAIG F. WELCH

                 Plaintiff,

    v.

KONAMI CORP., KONAMI DIGITAL
ENTERTAINMENT, INC., ASATSU-DK INC.,
UPPER DECK COMPANY, LLC, 4KIDS
ENTERTAINMENT, INC., AND 4KIDS
PRODUCTIONS,

                 Defendants.

SUMMONS IN A CIVIL ACTION

08 CV 3524

CASE NUMBER:

To:    4KIDS ENTERTAINMENT, INC.
        1414 Avenue of the Americas
        New York, NY 10019

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

        James P. Kreindler, Esq.
        Kreindler & Kreindler
        100 Park Avenue, New York, NY 10017
        (212) 687-8181

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

APR 1 1 2008

**J. MICHAEL McMAHON**

_____    _____
CLERK                                                         DATE
BY DEPUTY CLERK