~~JUDGE RAKOFF~~

# United States District Court

Southern District of New York

BEYOND COMICS INC. And GRAIG F. WELCH

        Plaintiff,

        SUMMONS IN A CIVIL ACTION

v.

KONAMI CORP., KONAMI DIGITAL
ENTERTAINMENT, INC., ASATSU-DK INC.,    CASE NUMBER:
UPPER DECK COMPANY, LLC, 4KIDS
ENTERTAINMENT, INC., AND 4KIDS    08 CV 3524
PRODUCTIONS,

        Defendants.

To:    KONAMI DIGITAL ENTERTAINMENT, INC.
       2381 Rosecrans Avenue, Suite 200
       El Segundo, CA 90245

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

       James P. Kreindler, Esq.
       Kreindler & Kreindler
       100 Park Avenue, New York, NY 10017
       (212) 687-8181

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

APR 1 1 2008

J. MICHAEL McMAHON
CLERK                                         DATE

BY DEPUTY CLERK