# United States District Court

_____ Southern _____ District of _____ New York _____

BEYOND COMICS INC. And GRAIG F. WELCH

          Plaintiff,

v.

KONAMI CORP., KONAMI DIGITAL ENTERTAINMENT, INC., ASATSU-DK INC., UPPER DECK COMPANY, LLC, 4KIDS ENTERTAINMENT, INC., AND 4KIDS PRODUCTIONS,

          Defendants.

SUMMONS IN A CIVIL ACTION

08 CV 3524

CASE NUMBER:

To: 4KIDS ENTERTAINMENT, INC.
    1414 Avenue of the Americas
    New York, NY 10019

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    James P. Kreindler, Esq.
    Kreindler & Kreindler
    100 Park Avenue, New York, NY 10017
    (212) 687-8181

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

APR 1 1 2008

J. MICHAEL McMAHON

CLERK

BY DEPUTY CLERK

DATE