# United States District Court

Southern District of New York

BEYOND COMICS INC. And GRAIG F. WELCH

Plaintiff,

v.

KONAMI CORP., KONAMI DIGITAL
ENTERTAINMENT, INC., ASATSU-DK INC.,
UPPER DECK COMPANY, LLC, 4KIDS
ENTERTAINMENT, INC., AND 4KIDS
PRODUCTIONS,

Defendants.

08 CV 3524

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

To: 4KIDS PRODUCTIONS
53 w. 23rd Street, 11th Floor
New York, NY 10010

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

James P. Kreindler, Esq.
Kreindler & Kreindler
100 Park Avenue, New York, NY 10017
(212) 687-8181

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON                          APR 1 1 2008
CLERK                                        DATE

BY DEPUTY CLERK