JUDGE RAKOFF

# United States District Court

_____Southern_____ District of _____New York_____

BEYOND COMICS INC. And GRAIG F. WELCH

                Plaintiff,

    v.

KONAMI CORP., KONAMI DIGITAL
ENTERTAINMENT, INC., ASATSU-DK INC.,
UPPER DECK COMPANY, LLC, 4KIDS
ENTERTAINMENT, INC., AND 4KIDS
PRODUCTIONS,

                Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08 CV 3524

To:    KONAMI CORP.
        2381 Rosecrans Avenue, Suite 200
        El Segundo, CA 90245

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

        James P. Kreindler, Esq.
        Kreindler & Kreindler
        100 Park Avenue, New York, NY 10017
        (212) 687-8181

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON                              APR 1 1 2008

CLERK                                                  DATE

BY DEPUTY CLERK