JUDGE RAKOFF

# United States District Court

_____Southern_____ District of _____New York_____

BEYOND COMICS INC. And GRAIG F. WELCH

08 CV 3524

Plaintiff,

SUMMONS IN A CIVIL ACTION

v.

KONAMI CORP., KONAMI DIGITAL
ENTERTAINMENT, INC., ASATSU-DK INC.,
UPPER DECK COMPANY, LLC, 4KIDS
ENTERTAINMENT, INC., AND 4KIDS
PRODUCTIONS,

CASE NUMBER:

Defendants.

To:   UPPER DECK COMPANY, LLC
      5909 Sea Otter Place
      Carlsbad, CA 92010

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

      James P. Kreindler, Esq.
      Kreindler & Kreindler
      100 Park Avenue, New York, NY 10017
      (212) 687-8181

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**J. MICHAEL McMAHON**
CLERK

DATE   APR 11 2008

BY DEPUTY CLERK