JUDGE RAKOFF

# United States District Court

Southern District of New York

BEYOND COMICS INC. And GRAIG F. WELCH

Plaintiff,

v.

KONAMI CORP., KONAMI DIGITAL ENTERTAINMENT, INC., ASATSU-DK INC., UPPER DECK COMPANY, LLC, 4KIDS ENTERTAINMENT, INC., AND 4KIDS PRODUCTIONS,

Defendants.

08 CV 3524

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

To: ASATSU-DK INC.
515 West 20th Street, 6th Floor
New York, NY 10011

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

James P. Kreindler, Esq.
Kreindler & Kreindler
100 Park Avenue, New York, NY 10017
(212) 687-8181

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

CLERK

BY DEPUTY CLERK

DATE APR 1 1 2008