UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEYOND COMICS INC.,

                    Plaintiff,

                    08 Civ. 3524 (JSR)

           v.                **STIPULATION**

KONAMI DIGITAL ENTERTAINMENT, CO., LTD,
KONAMI DIGITAL ENTERTAINMENT, INC.,
NIHON AD SUSTEMS INC., UPPER DECK COMPANY,
4KIDS ENTERTAINMENT, INC., and 4KIDS
PRODUCTIONS,

                    Defendants.
-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that Defendants' time to answer, move or otherwise respond to the Amended Complaint is extended to and including June 17, 2008.

IT IS FURTHER STIPULATED AND AGREED that Defendants will not raise any objections to personal service in this matter.

Dated: May 15, 2008
       New York, New York


KREINDLER & KREINDLER LLP            PRYOR CASHMAN LLP

By: _____             By: _____
    James P. Kreindler (JK 7084)              Jamie M. Brickell (JB 0871)
    Andrew J. Maloney                         Lisa M. Buckley (LB 5541)
    Richard M. Garbarini                    410 Park Avenue
    100 Park Avenue                             New York, New York 10022
    New York, New York 10017               (212) 421-4100
    (212) 687-8181                              *Attorneys for Defendant*
    *Attorneys for Plaintiff*

723970