UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BEYOND COMICS INC.,

                                        Plaintiff,

                                                                    08 Civ. 3524 (JSR)

                    v.                                              **STIPULATION**

KONAMI DIGITAL ENTERTAINMENT, CO., LTD,
KONAMI DIGITAL ENTERTAINMENT, INC.,
NIHON AD SUSTEMS INC., UPPER DECK COMPANY,
4KIDS ENTERTAINMENT, INC., and 4KIDS
PRODUCTIONS,

                                        Defendants.
------------------------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the parties that Defendants' time to answer, move or otherwise respond to the Amended

Complaint is extended to and including June 17, 2008.

     IT IS FURTHER STIPULATED AND AGREED that Defendants will not raise any

objections to personal service in this matter.

Dated: May 15, 2008
       New York, New York

KREINDLER & KREINDLER LLP                    PRYOR CASHMAN LLP

By: _James P. Kreindler_____         By: _Lisa M. Buckley_____
    James P. Kreindler (JK 7084)                  Jamie M. Brickell (JB 0871)
    Andrew J. Maloney                             Lisa M. Buckley (LB 5541)
    Richard M. Garbarini                          410 Park Avenue
    100 Park Avenue                               New York, New York 10022
    New York, New York 10017                      (212) 421-4100
    (212) 687-8181                                *Attorneys for Defendant*
    *Attorneys for Plaintiff*

723970