UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEYOND COMICS INC.,

              Plaintiff,

                                08 Civ. 3524 (JSR)

       v.                        **STIPULATION**

KONAMI DIGITAL ENTERTAINMENT, CO., LTD,
KONAMI DIGITAL ENTERTAINMENT, INC.,
NIHON AD SUSTEMS INC., UPPER DECK COMPANY,
4KIDS ENTERTAINMENT, INC., and 4KIDS
PRODUCTIONS,

              Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-08

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that Defendants' time to answer, move or otherwise respond to the Amended Complaint is extended to and including June 17, 2008.

      IT IS FURTHER STIPULATED AND AGREED that Defendants will not raise any objections to personal service in this matter.

Dated: May 15, 2008
       New York, New York

KREINDLER & KREINDLER LLP

By: _____
   James P. Kreindler (JK 7084)
   Andrew J. Maloney
   Richard M. Garbarini
   100 Park Avenue
   New York, New York 10017
   (212) 687-8181
   *Attorneys for Plaintiff*

PRYOR CASHMAN LLP

By: _____
   Jamie M. Brickell (JB 0871)
   Lisa M. Buckley (LB 5541)
   410 Park Avenue
   New York, New York 10022
   (212) 421-4100
   *Attorneys for Defendant*

SO ORDERED

_____
U.S.D.J.
6-2-08

723970