# United States District Court

__Southern__ District of __New York__

BEYOND COMICS INC. And GRAIG F. WELCH

              Plaintiff,

              APPEARANCE

v.

KONAMI CORP., KONAMI DIGITAL
ENTERTAINMENT, INC., ASATSU-DK INC.,
UPPER DECK COMPANY, LLC, 4KIDS
ENTERTAINMENT, INC., AND 4KIDS
PRODUCTIONS,

              CASE NUMBER:   08 CV 0354 (JSR)

              Defendants.

   Enter my appearance as counsel in this case for Plaintiff, Beyond Comics Inc. and Graig F. Welch. I certify that I am admitted to practice in this court.

*[signature]*

Richard Garbarini (RG 5496)
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017