UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEYOND COMICS, INC. and GRAIG F. WEICH,

        Plaintiffs,

v.

KONAMI DIGITAL ENTERTAINMENT, CO., LTD.,
KONAMI DIGITAL ENTERTAINMENT, INC.,
NIHON AD SYSTEMS, INC., UPPER DECK
COMPANY, 4 KIDS ENTERTAINMENT, INC., and
4 KIDS PRODUCTIONS,

        Defendants.

08 Civ. 3524 (JSR)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that Defendants' time to answer, move or otherwise respond to the Fourth Amended Complaint is extended to and including June 24, 2008.

Dated: June 18, 2008
      New York, New York

KREINDLER & KREINDLER LLP

By: _____
James P. Kreindler (JK 7084)
Andrew J. Maloney
Richard M. Garbarini
100 Park Avenue
New York, New York 10017
(212) 687-8181
*Attorneys for Plaintiff*

PRYOR CASHMAN LLP

By: _____
Jamie M. Brickell (JB 0871)
Lisa M. Buckley (LB 5541)
410 Park Avenue
New York, New York 10022
(212) 421-4100
*Attorneys for Defendant*

723970

_____
J.S.D.J.
6-19-08