UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEYOND COMICS, INC. and GRAIG F. WEICH,

                Plaintiffs,

v.

KONAMI DIGITAL ENTERTAINMENT CO., LTD.,
KONAMI DIGITAL ENTERTAINMENT, INC.,
NIHON AD SYSTEMS, INC., UPPER DECK
COMPANY, 4 KIDS ENTERTAINMENT, INC., and
4 KIDS PRODUCTIONS,

                Defendants.

08 Civ. 3524 (JSR)

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants 4Kids Entertainment, Inc. and 4Kids Productions certify that 4Kids Entertainment, Inc, a publicly traded corporation, is the parent corporation of 4Kids Productions.

Dated: New York, New York
       June 24, 2008

                              PRYOR CASHMAN LLP

                              By: _____
                              Jamie M. Brickell (JB 0871)
                              Lisa M. Buckley (LB 5541)
                              Attorneys for Defendant
                              4 Kids Entertainment, Inc. and
                              4 Kids Productions
                              410 Park Avenue
                              New York, New York 10022
                              (212) 421-4100