UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEYOND COMICS, INC. and GRAIG F. WEICH,

Plaintiffs,

v.

08 Civ. 3524 (JSR)

KONAMI DIGITAL ENTERTAINMENT CO., LTD.,
KONAMI DIGITAL ENTERTAINMENT, INC.,
NIHON AD SYSTEMS, INC., UPPER DECK
COMPANY, 4 KIDS ENTERTAINMENT, INC., and
4 KIDS PRODUCTIONS,

Defendants.

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Defendants Konami Digital Entertainment Co., Ltd. and Konami

Digital Entertainment, Inc. ("Konami") certify that both defendants are wholly owned

subsidiaries of the publicly traded Japanese holding company, Konami Corporation.

Dated: New York, New York
       June 24, 2008

PRYOR CASHMAN LLP

By: _____
    Jamie M. Brickell (JB 0871)
    Lisa M. Buckley (LB 5541)
    Attorneys for Defendants
    Konami Digital Entertainment Co., Ltd.
    And Konami Digital Entertainment, Inc.
    410 Park Avenue
    New York, New York 10022
    (212) 421-4100