UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEYOND COMICS, INC. and GRAIG F. WEICH,

            Plaintiffs,

v.

KONAMI DIGITAL ENTERTAINMENT CO., LTD.,
KONAMI DIGITAL ENTERTAINMENT, INC.,
NIHON AD SYSTEMS, INC., UPPER DECK
COMPANY, 4 KIDS ENTERTAINMENT, INC., and
4 KIDS PRODUCTIONS,

            Defendants.

08 Civ. 3524 (JSR)

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Upper Deck Company ("Upper Deck") certify that:

(a) The Upper Deck Company, LLC is the parent corporation of The Upper Deck Company; and (b) no publicly held corporation owns 10% or more of Upper Deck's stock.

Dated: New York, New York
       June 24, 2008

PRYOR CASHMAN LLP

By: _____
Jamie M. Brickell (JB 0871)
Lisa M. Buckley (LB 5541)
Attorneys for Defendant
The Upper Deck Company
410 Park Avenue
New York, New York 10022
(212) 421-4100