UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEYOND COMICS, INC. and GRAIG F. WEICH,

          Plaintiffs,

v.

KONAMI DIGITAL ENTERTAINMENT CO., LTD.,
KONAMI DIGITAL ENTERTAINMENT, INC.,
NIHON AD SYSTEMS, INC., UPPER DECK
COMPANY, 4 KIDS ENTERTAINMENT, INC., and
4 KIDS PRODUCTIONS,

          Defendants.

08 Civ. 3524 (JSR)

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Nihon Ad Systems, Inc. certify that: (a) Nihon Ad Systems, Inc. is a wholly owned subsidiary of Asatsu-DK, Inc.; and (b) no publicly held corporation owns 10% or more of Nihon Ad Systems, Inc.'s stock.

Dated: New York, New York
       June 24, 2008

                          PRYOR CASHMAN LLP

                          By: _____
                              Jamie M. Buckell (JB 0871)
                              Lisa M. Buckley (LB 5541)
                              Attorneys for Defendant
                              Nihon Ad Systems, Inc.
                              410 Park Avenue
                              New York, New York 10022
                              (212) 421-4100